## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**DINESH YADAV,**

**Case No. 8:24-cv-01898**

     **Plaintiff,**

  **vs.**

**RESIDENT VERIFY, LLC,**

     **Defendant.**

## COMPLAINT AND DEMAND FOR JURY TRIAL
## PRELIMINARY STATEMENT

  1. This is an action for damages brought by an individual consumer against the Defendant for violations of the Fair Credit Reporting Act (hereafter the "FCRA") 15 U.S.C §§ 1681 *et seq as amended*.

## JURISDICTION AND VENUE

  2. Jurisdiction of this Court arises under 15 U.S.C. § 1681p and 28 U.S.C. § 1331.

  3. Venue lies properly in this district pursuant to 28 U.S.C § 1391(b).

## PARTIES

  4. Plaintiff Dinesh Yadav is an adult individual who resides in the State of Florida.

5.     Defendant Resident Verify, LLC regularly conduct business in this District and has a principal place of business at 4205 Chapel Ridge Road, Lehi, UT 84043.

## FACTUAL ALLEGATIONS

6.     In or around August 2022, Plaintiff was attempting to secure housing at an apartment complex named River View Apartments ("River View") in Tampa, Florida.

7.     As part of the application to lease the apartment, River View obtained a consumer report from Defendant.

8.     Defendant's reports contained derogatory and inaccurate information about Plaintiff.

9.     The inaccurate information includes but is not limited to, inaccuracies regarding Plaintiff's annual income. (hereafter "inaccurate information").

10.    The inaccurate information grossly disparages Plaintiff and misrepresents his annual income, impacting his eligibility for housing.

11.    In creating and furnishing the Plaintiff's consumer report, Defendant failed to follow reasonable procedures to assure the maximum possible accuracy of the information it reported about Plaintiff. Due to Defendant's faulty procedures it misrepresented Plaintiff's annual income with no basis in fact.

12.     Defendant has sold reports containing the inaccurate information to third parties since at least August 2022.

13.     Defendant has been reporting the inaccurate information through the issuance of false and inaccurate consumer reports that they have disseminated and resold to various persons, both known and unknown.

14.     As a result of the inaccurate report Defendant sold to River View in August 2022, Plaintiff was denied housing.

15.     The sole basis for that denial was the inaccurate information that appears on Plaintiff's consumer report prepared by the Defendant.

16.     In an attempt to regain eligibility for housing through River View, Plaintiff disputed the inaccurate information with Defendant by following Defendant's established procedures for disputing consumer reports in or around August 2022.

17.     Notwithstanding Plaintiff's efforts, Defendant has continued publishing and disseminating the inaccurate information to third parties, persons and entities.

18.     Despite Plaintiff's efforts, Defendant has never (1) contacted Plaintiff to follow up on, verify and/or elicit more specific information about Plaintiff's dispute; (2) contacted all third parties that would have relevant information concerning Plaintiff's dispute; (3) forwarded any relevant information concerning

Plaintiff's dispute to the entities originally furnishing the inaccurate information; and (4) requested or obtained the actual verified income records relating to Plaintiff's income history.

19.     Despite Plaintiff's exhaustive efforts to date, Defendant has nonetheless, deliberately willfully, intentionally, recklessly and negligently repeatedly failed to perform reasonable reinvestigation of the above dispute as required by FCRA, failed to remove the inaccurate information and continued to report the derogatory information about Plaintiff.

20.     As a result of Defendant's conduct, Plaintiff has suffered actual damages in the form of lost housing opportunities, denial of housing, harm to reputation, and emotional distress including humiliation and embarrassment.

21.     At all times hereto, Defendant was acting by and though its agents and servants and/or employees who were acting within the course and scope of their agency or employment, and under direct supervision and control of the Defendant herein.

## COUNT I – RESIDENT VERIFY VIOLATIONS OF THE FCRA

22.     Plaintiff incorporates the forgoing paragraphs as though the same were set forth at length herein.

23.     At all times pertinent hereto, Defendant was a "person" and a "consumer reporting agency" as those terms are defined by 15 U.S.C. §§ 1681a(b) and (f).

24.     At all times pertinent hereto, the Plaintiff was a "consumer" as that term is defined by 15 U.S.C. § 1681a(c).

25.     At all times pertinent hereto, the above-mentioned consumer reports were "consumer reports" as that term is defined by 15 U.S.C. § 1681a(d).

26.     Pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o, Defendant is liable to the Plaintiff for willfully and negligently failing to comply with the requirements imposed on a consumer reporting agency of information pursuant to 15 U.S.C. §§ 1681e(b) and 1681i.

27.     The conduct of Defendant was a direct and proximate cause, as well as a substantial factor, in bringing about the serious injuries, actual damages and harm to the Plaintiff outlined more fully above and, as a result, Defendant is liable to the Plaintiff for the full amount of statutory, actual and punitive damages, along with the attorney's fees and the cost of litigation, as well as such further relief, as may be permitted by law.

## JURY TRIAL DEMAND

28.     Plaintiff demands trial by jury on all issues so triable.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff seeks judgement in Plaintiff's favor and damages

against Defendant, for the following requested relief:

A.      Actual damages;

B.      Statutory damages;

C.      Punitive damages;

D.      Cost and reasonable attorney's fees; and

E.      Such other and further relief as may be necessary, just and proper.


Respectfully Submitted,

SMITHMARCO, P.C.

*/s/ David M. Marco*
Attorney for Plaintiff

Dated: August 9, 2024

David M. Marco
FL Bar No. 125266
SMITHMARCO, P.C.
7204 Kyle Court
Sarasota, FL 34240
Telephone:   (312) 546-6539
Facsimile:   (888) 418-1277
E-Mail:       dmarco@smithmarco.com