IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| DINESH YADAV | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 8:24-cv-01898 |
| | ) | |
| RESIDENT VERIFY, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT AND
## REQUEST TO STAY ALL DEADLINES

The parties hereby respectfully apprise this Honorable Court that they have reached a settlement of the above-captioned matter. The parties further state as follows:

1.    The parties are currently in the process of preparing formal documents necessary to memorialize the terms and conditions of the settlement of this matter.

2.    The parties respectfully request a stay of all deadlines and further request that the parties be excused from any appearances and any obligations for further court filings unrelated to the settlement and dismissal of this case.

Page **1** of **2**

Respectfully submitted,

| /s/ Joseph L. Gentilcore | /s/ Christi A. Lawson |
|---|---|
| Joseph L. Gentilcore | Christi A. Lawson |
| *Admitted Pro Hac Vice* | Foley & Lardner LLP |
| Francis Mailman Soumilas, P.C. | 301 East Pine Street |
| 1600 Market Street, 25th Floor | Suite 1200 |
| Philadelphia, PA 19103 | Orlando, FL 32801 |
| (215) 735-8600 | (407) 244-3235 |
| jgentilcore@consumerlawfirm.com | clawson@foley.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |